THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES TAYLOR, Appellant.

(Argued December 1, 1885 ; decided December 15, 1885.)

*M. Rumsey Miller* for appellant.

*I. W. Near* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

ALBERT DEFREESE et al., Respondents, *v.* THE CITY OF TROY Appellant.

(Argued December 1, 1885 ; decided December 15, 1885.)

*William J. Roche* for appellant.

*E. Countryman* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.